## IN THE UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| RYAN SHEFFIELD, | Case No.: 1:26-cv-04958 |
| Plaintiff, | |
| v. | Judge Joan B. Gottschall |
| | |
| THE PARTNERSHIPS AND | Magistrate Judge Maria Valdez |
| UNINCORPORATED ASSOCIATIONS | |
| IDENTIFIED ON SCHEDULE "A", | |
| | |
| Defendants. | |

### NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby files this Notice of Voluntary Dismissal, without prejudice, as to the following Defendant(s) identified on Amended Schedule A [12] of the Complaint.

| No. | Defendant |
|---|---|
| 1 | Kynaraa |

This terminates the action.

DATED:  July 1, 2026

Respectfully submitted,

*/s/ Keith A. Vogt*
Keith A. Vogt
FL Bar No. 1036084 / IL Bar No. 6207971
Keith A. Vogt PLLC
1820 NE 163rd Street, Suite #306
North Miami Beach, Florida 33162
Telephone: 312-971-6752
E-mail:  keith@vogtip.com

***ATTORNEY FOR PLAINTIFF***